# United States Court of Appeals
## For the First Circuit

No. 10-2301

UNITED STATES, ex rel. Kenneth James Jones,
Plaintiff, Appellant,

PRISCILLA PITT JONES and KENNETH JAMES JONES,
Plaintiffs,

v.

BRIGHAM AND WOMEN'S HOSPITAL, et al.,
Defendants, Appellees,

HARVARD MEDICAL SCHOOL, et al.,
Defendants.

**ERRATA**

The opinion of this Court issued on May 7, 2012, is amended as follows:

On page 4, replace the text of footnote 2 so that it reads, "Both BWH and MGH were parties to the original grant. BWH and MGH are sister hospitals under the same parent institution. Albert and Killiany were both affiliated with MGH."

On page 31, line 17, insert a closing quotation mark after the comma that follows the word "raters."